[No. 12826–4–I. Division One. March 19, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE
BEA CARR, *Defendant*, ARMANT PHILLIP
SATTERWHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82–1–03094–1, Richard M. Ishikawa, J.,
entered January 28, 1983. *Affirmed* by unpublished opinion
per Durham, C.J., concurred in by Williams and Callow, JJ.

[Nos. 12906–6–I; 12907–4–I. Division One. March 19, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. SABRINA
TISSOT, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ELISE
CADRE TISSOT, *Appellant*.

Appeals from judgments of the Superior Court for King
County, Nos. 82–8–04713–1, 82–8–04712–2, Jerome M.
Johnson, J., entered February 1, 1983. *Reversed* by unpub-
lished opinion per Scholfield, J., concurred in by Corbett,
A.C.J., and Callow, J.

[Nos. 9114–0–I; 9115–8–I. Division One. March 19, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
QUENTIN JACKSON, *Appellant*.

Appeals from judgments of the Superior Court for King
County, Nos. 80–1–00597–5, 80–1–00020–5, Peter K. Steere,
J., entered July 14, 1980. *Reversed* and *remanded* as to
cause 9114–0–I, *remanded with instructions* as to cause
9115–8–I by unpublished per curiam opinion.